# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MARVIN KEITH ANDERSON**                                              **PLAINTIFF**

**V.**                                        **NO. 4:17-CV-40-DMB-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                  **DEFENDANT**

## ORDER

On December 20, 2017, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act be denied without prejudice. Doc. #19. No objections to the Report and Recommendation have been filed.

Where no objections to a report and recommendation are filed, a "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). This Court has reviewed the Report and Recommendation and found no plain error. Accordingly, the Report and Recommendation [19] is **ADOPTED**, and the plaintiff's motion for attorney's fees [15] is **DENIED without prejudice**.

**SO ORDERED**, this 17th day of April, 2018.

                                                             /s/Debra M. Brown
                                                             **UNITED STATES DISTRICT JUDGE**